[Nos. 29580-2-I; 29680-9-I;   Division One.   September 13, 1993.]
29681-7-I; 30830-1-I;
30880-7-I.

*In the Matter of the Dependency of* H., ET AL.

Appeals from judgments of the Superior Court for King County, Nos. 91-7-01318-5, 91-7-01319-3, Faith Enyeart, J., entered November 22, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Grosse and Agid, JJ. Withdrawn October 25, 1993. See 71 Wn. App. 524.

[No. 28713-3-I.   Division One.   September 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL AVINGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-02865-8, Anne L. Ellington, J., entered June 26, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30207-8-I.   Division One.   September 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. GARZA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-01210-0, Richard J. Thorpe, J., entered February 27, 1992. *Dismissed* by unpublished per curiam opinion.